# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BLANCA ESQUERRE MELGAREJO,

    Plaintiff(s),

v.

DASHAWN SELBY; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,

    Defendant(s).

2:22-cv-00427-APG-VCF

**ORDER**

    Before the court are Plaintiff's motion for partial relief from May 17, 2022 Order (ECF No. 18) and Plaintiff's motion to deem service completed via DMV or for partial relief from May 17, 2022 Order or in the alternative extension on time for publication (ECF No. 22).

    Plaintiff requests that the court deemed service completed on defendant Dashawn Selby via DMV or the court grants partial relief from the May 17, 2022 Order.

    Under NRS 14.070,

> 2. Service of process must be made by leaving a copy of the process with a fee of $5 in the hands of the Director of the Department of Motor Vehicles or in the office of the Director, and the service shall be deemed sufficient upon the operator if notice of service and a copy of the process is sent by registered or certified mail by the plaintiff to defendant at the address supplied by the defendant in the defendant's crash report, if any, and if not, at the best address available to the plaintiff, and a return of receipt signed by the defendant or a return of the United States Postal Service stating that the defendant refused to accept delivery or could not be located, or that the address was insufficient, and the plaintiff's affidavit of compliance therewith are attached to the original process and returned and filed in the action in which was issued.

    On July 12, 2022, Plaintiff filed with the court, a Declaration of Compliance pursuant to NRS 14.070. (ECF NO. 21). The declaration included a letter of acknowledgment of receipt of Summons and

Complaint by the Director's Office of the State of Nevada Department of Motor Vehicles along with $5.00. *Id.* at page 21.

Plaintiff's counsel Yolanda Carapia has spoken with Defendant Selby's counsel, Christopher Keller regarding this lawsuit. Defendant Selby is aware of this lawsuit and the relief represented by plaintiff's motion. (ECF No. 18 at page 9, ECF No. 22 at page 3).

The Court finds that service has been perfected on Defendant Dashawn Selby pursuant to NRS 14.070.

Accordingly, and good cause shown,

IT IS HEREBY ORDERED that Plaintiff's motion to deem service completed via DMV or for partial relief from May 17, 2022 Order or in the alternative extension on time for publication (ECF No. 22) is GRANTED.

IT IS FURTHER ORDERED that Defendant Dashawn Selby has up to, and including August 18, 2022, to file a response to the complaint.

IT IS FURTHER ORDERED that Plaintiff's motion for partial relief from May 17, 2022 Order (ECF No. 18), is DENIED as MOOT.

DATED this 19th day of July 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE