# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

|  |  |
|---|---|
| BLANCA ESQUERRE MELGAREJO,<br><br>Plaintiff,<br><br>v.<br><br>DASHAWN SELBY; DOES I-X, inclusive,<br>and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant(s). | 2:22-cv-00427-APG-VCF<br>**ORDER** |

Before the court is *Blanca Esquerre Melgarejo v. Dashawn Selby*, case number 2:22-cv-00427-APG-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before August 30, 2022.

DATED this 16th day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE