CHRISTOPHER M. KELLER, ESQ.
Nevada State Bar No. 007399
**HAWKINS MELENDREZ, P.C.**
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
ckeller@hawkinsmelendrez.com
*Attorneys for Defendant Dashawn Selby*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BLANCA ESQUERRE MELGAREJO,<br><br>Plaintiff,<br><br>vs.<br><br>DASHAWN SELBY; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant.<br><br>ALLSTATE INSURANCE COMPANY<br><br>Intervenor | CASE NO.: 2:22-cv-00427-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED, by and between the parties, Defendant DASHAWN SELBY by and through his attorney of record, Christopher M. Keller, Esq. of Hawkins Melendrez; Plaintiff BLANCA ESQUERRE MELGAREJO, by and through her attorney of record Brandonn M. Grossman, Esq. of De Casterverde Law Group; and Intervenor ALLSTATE INSURANCE COMPANY by and through its attorney, Deleela M. Weinerman, Esq. of Bremer

. . .

. . .

. . .

. . .

1

Whyte Brown & O'Meara, that the above-entitled matter be dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED this 4th day of January 2023.

**HAWKINS MELENDREZ, P.C.**

By: */s/ Christopher M. Keller*
   CHRISTOPHER M. KELLER, ESQ.
   Nevada Bar No. 7399
   9555 Hillwood Drive, Suite 150
   Las Vegas, Nevada 89134
   *Attorney for Defendant*

DATED this 3rd day of January 2023.

**DE CASTROVERDE LAW GROUP**

By: */s/ Brandon M. Grossman*
   BRANDONN M. GROSSMAN, ESQ.
   Nevada Bar No. 14530
   410 S. Rampart Blvd., Suite 480
   Las Vegas, NV 89145
   *Attorney for Plaintiff*

DATED this 4th day of January 2023.

**BREMER WHYTE BROWN & O'MEARA LLP**

By: */s/ Deleela M. Weinerman*
   DELEELA M. WEINERMAN, ESQ.
   Nevada Bar No. 13985
   1160 N. Town Center Drive, Suite 250
   Las Vegas, Nevada 89144
   *Attorney for Intervenor*

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon the stipulation of counsel for dismissal of the above-entitled *Blanca Esquerre Melgarejo vs. Dashawn Selby,* Case No. 2:22-cv-00427-APG-VCF, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled matter, be dismissed with prejudice, and each party to bear their own attorney's fees and costs.

DATED this 6th day of January 2023.

_____
**U.S. DISTRICT COURT JUDGE**